**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____     Chapter __11__

○    Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy           12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Energy XXI Gulf Coast, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-4278595** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1021 Main Street, Suite 2626**<br>**Houston, TX 77002**<br>Number, Street, City, State & ZIP Code | |
| | | | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Harris**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.energyxxi.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ⊓ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>○ Partnership<br>○ Other. Specify: _____ |

Debtor   **Energy XXI Gulf Coast, Inc.**                                   Case number (*if known*) _____
       Name

**7.** **Describe debtor's business**    A. *Check one:*

    ○ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ○ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ○ Railroad (as defined in 11 U.S.C. § 101(44))

    ○ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

    ○ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ○ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ⊓ None of the above

    B. *Check all that apply*

    ○ Tax-exempt entity (as described in 26 U.S.C. §501)

    ○ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ○ Investment advisor (as defined in 15 U.S.C. §80a-3)

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.naics.com/search/.
       __2111__

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**    *Check one:*

    ○ Chapter 7

    ○ Chapter 9

    ⊓ Chapter 11. *Check all that apply*:

        ○ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

        ○ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ○ A plan is being filed with this petition.

        ○ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ○ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ○ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ○ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ⊓ No.

    ○ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ○ No

    ⊓ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Rider 1** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When **4/14/2016** | Case number, if known | |

| Debtor | **Energy XXI Gulf Coast, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No    (See Rider 2)

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☑ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☑ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☑ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Energy XXI Gulf Coast, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 14, 2016**
                MM / DD / YYYY

*X* **/s/ Antonio de Pinho**                                    **Antonio de Pinho**
Signature of authorized representative of debtor                Printed name

Title   **President**

**18. Signature of attorney**

*X* **/s/ Bradley R. Foxman**                          Date **April 14, 2016**
Signature of attorney for debtor                             MM / DD / YYYY

**Bradley R. Foxman**
Printed name

**Vinson & Elkins LLP**
Firm name

**1001 Fannin Street, Suite 2500**
**Houston, TX 77002-6760**
Number, Street, City, State & ZIP Code

Contact phone   **713.758.2222**      Email address   **bfoxman@velaw.com**

**24065243 - TX**
Bar number and State

---

**Fill in this information to identify the case and this filing:**

Debtor Name    Energy XXI Gulf Coast, Inc.

United States Bankruptcy Court for the:    Southern    District of    Texas
                                                                    (State)

Case number (if known):    _____

---

# Rider 1
## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Energy XXI, Ltd.

- Anglo-Suisse Offshore Pipeline Partners, LLC
- Delaware EPL of Texas, LLC
- Energy Partners Ltd., LLC
- Energy XXI GOM, LLC
- Energy XXI Gulf Coast, Inc.
- Energy XXI Holdings, Inc.
- Energy XXI, Inc.
- Energy XXI Leasehold, LLC
- Energy XXI Ltd
- Energy XXI Natural Gas Holdings, Inc.
- Energy XXI Offshore Services, Inc.
- Energy XXI Onshore, LLC
- Energy XXI Pipeline, LLC
- Energy XXI Pipeline II, LLC
- Energy XXI Services, LLC
- Energy XXI Texas Onshore, LLC
- Energy XXI USA, Inc.
- EPL of Louisiana, L.L.C.
- EPL Oil & Gas, Inc.
- EPL Pioneer Houston, Inc.
- EPL Pipeline, L.L.C.
- M21K, LLC
- MS Onshore, LLC
- Natural Gas Acquisition Company I, LLC
- Nighthawk, L.L.C.
- Soileau Catering, LLC

**Fill in this information to identify the case and this filing:**

Debtor Name  Energy XXI Gulf Coast, Inc.

United States Bankruptcy Court for the:  ___Southern___  District of  _Texas_
(State)

Case number (if known):  _____

# Rider 2
## Real Property or Personal Property that Needs Immediate Attention

Question 12, among other things, asks the debtor to identify any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

The above-captioned debtor (the "***Debtor***") engages in the off-shore exploration, development, and production of oil and natural gas. The Debtor does not believe it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety. The Debtor notes that it is not aware of any definition of "imminent and identifiable harm" as used in this form.

# ENERGY XXI GULF COAST, INC.

## Secretary's Certificate

The undersigned, being the Senior Vice President, Law and Corporate Secretary of Energy XXI Gulf Coast, Inc., a Delaware corporation (the "Company"), does hereby certify, on behalf of the Company and not in an individual capacity, as follows:

1. I am the duly qualified and appointed Senior Vice President, Law and Corporate Secretary of the Company and, as such, am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Company.

2. Attached hereto as Annex A is a true, correct, and complete copy of resolutions duly adopted by the board of directors of the Company at a telephonic meeting on April 13, 2016 (the "Resolutions");

3. The Resolutions have not been modified or rescinded, and are in full force and effect as of the date hereof.

[*Signature Page Follows*]

US 4168530v.1

IN WITNESS WHEREOF, the undersigned has executed and caused this certificate to be delivered on behalf of the Company as of April 14, 2016.

Energy XXI Gulf Coast, Inc.

By: _____

Name: Bo Boyd

Title:  Senior Vice President, Law and Corporate Secretary

## ANNEX A

**BOARD RESOLUTIONS OF ENERGY XXI GULF COAST, INC.**

## RESOLUTIONS ADOPTED BY
## THE BOARD OF DIRECTORS OF
## ENERGY GULF COAST, INC.

### April 13, 2016

The members of the board of directors (the "*Board*") of Energy XXI Gulf Coast, Inc., a Delaware corporation (the "*Company*"), **DO HEREBY CONSENT** to the taking of the following actions and **DO HEREBY ADOPT** the following resolutions pursuant to the Company's bylaws and the General Corporation Law of the State of Delaware:

*Chapter 11 Filing*

**WHEREAS**, the Board has studied the financial state of the Company and its subsidiaries, including the Company's liabilities and liquidity, considered the strategic alternatives available to the Company and its subsidiaries, and the related circumstances and situation;

**WHEREAS**, the Board has had the opportunity to consult with the financial and legal advisors of the Company and its subsidiaries and fully consider each of the strategic alternatives available to the Company and its subsidiaries; and

**WHEREAS**, Energy XXI Ltd, an exempted company formed under the laws of Bermuda and indirect parent of the Company ("*Energy XXI Ltd*"), and certain of its direct and indirect subsidiaries have been authorized concurrently herewith to file or cause to be filed with a federal bankruptcy court voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*").

**NOW, THEREFORE, BE IT RESOLVED**, that the Board has determined that it is desirable and in the best interests of the Company to file with a federal bankruptcy court voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code as set forth below;

**FURTHER RESOLVED,** that the Company be, and hereby is, authorized to file or cause to be filed with the United States Bankruptcy Court for the Southern District of Texas (the "*Bankruptcy Court*") voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code;

**FURTHER RESOLVED**, that the officers of the Company and the Chief Executive Officer, Chief Financial Officer, Chief Accounting Officer and Senior Vice President, Law of Energy XXI Ltd (collectively, the "*Authorized Officers*") acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized and empowered to execute, deliver, and file or cause to be filed with the Bankruptcy Court on behalf of the Company voluntary petitions pursuant to chapter 11 of the Bankruptcy Code (the "*Petitions*"), in such form as prescribed by the Official Forms promulgated in connection with the Bankruptcy Code;

**FURTHER RESOLVED**, that, upon the filing of the Petitions as authorized by the preceding paragraph, each Authorized Officer, acting alone or with one or more other Authorized Officers be, and hereby is, authorized and empowered to execute, deliver, and file or

cause to be filed with the Bankruptcy Court, on behalf of the Company, all papers, motions, applications, schedules, and pleadings necessary or convenient to facilitate the chapter 11 bankruptcy case and all of its matters and proceedings, and any and all other documents, including affidavits and declarations, necessary or appropriate in connection with the commencement of the chapter 11 case, each in such form or forms as the Authorized Officer so acting may approve;

### *Retention of Professionals*

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Vinson & Elkins L.L.P. as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filings and pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Vinson & Elkins L.L.P.;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Gray Reed & McGraw, P.C. as special counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, especially in regard to the Second Amended and Restated First Lien Credit Agreement, dated as of March 5, 2011, and to take any and all actions to advance the Company's rights and obligations, including filings and pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Gray Reed & McGraw, P.C.;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Locke Lord LLP as regulatory counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, especially in regard to dealings with the Bureau of Ocean Energy Management and the Bureau of Safety and Environmental Enforcement, and to take any and all actions to advance the Company's rights and obligations, including filings and pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Locke Lord LLP;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Andrews Kurth LLP as bankruptcy counsel to represent and assist the Special Committee of the Board (the "***Special Committee***") in carrying out its duties delegated by the Board and under the Bankruptcy Code, and to take any and all actions to advance the Special Committee's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Andrews Kurth LLP;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of PJT Partners LP as investment banker to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of PJT Partners LP;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Opportune LLP as financial advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Opportune LLP;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of EPIQ Systems, Inc. as notice and claims agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of EPIQ Systems, Inc.;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

### *Cash Collateral and Adequate Protection*

**FURTHER RESOLVED**, that the Authorized Officers be, and they hereby are, authorized, directed, and empowered in the name of, and on behalf of, the Company, as debtor and debtor in possession, to seek approval of a cash collateral order in interim and final form (a "*Cash Collateral Order*") and to negotiate, execute and deliver any and all agreements, instruments or documents, by or on behalf of the Company, necessary to implement the Cash Collateral Order, as well as any additional or further agreements for the use of cash collateral in connection with the chapter 11 case, which agreement(s) may require the Company to grant liens to the Company's existing lenders or secured noteholders and each other agreement, instrument or document to be executed and delivered in connection therewith, by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action of by the execution and delivery thereof;

***General Authorization***

**FURTHER RESOLVED**, that each Authorized Officer be, and hereby is, authorized, on behalf of the Company, to certify and attest to any documents that he or she may deem necessary or appropriate to consummate any transactions necessary to effectuate the foregoing resolutions; provided, such attestation shall not be required for the validity of any such documents; and

**FURTHER RESOLVED**, that all actions heretofore taken by each Authorized Officer, in the name of and on behalf of the Company, in connection with any of the above matters are hereby in all respects ratified, confirmed, and approved.

| Fill in this information to Identify the case: |
| --- |
| Debtor Name:   ENERGY XXI LTD, et al. |
| United States Bankruptcy Court for the:   SOUTHERN District of TEXAS |
| Case Number (If known): |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Consolidated)

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. BANK, N.A. ATTN: CORPORATE TRUST SERVICES 5555 SAN FELIPE STREET, STE 1150 HOUSTON, TX  77056 | FAX: 713-235-9213 mauri.cowen@usbank.com | DEFICIENCY CLAIM RE: 11.0% SECOND LIEN NOTES DUE 2020 | U | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 2 | WILMINGTON TRUST, N.A., AS TRUSTEE ATTN: S. GOFFINET 15950 N. DALLAS PARKWAY, STE 550 DALLAS, TX  75248 | SGOFFINET@WILMINGTONTRUST.COM | 3.0% SENIOR NOTES DUE 2018 | U | | | $363,018,000 |
| 3 | WILMINGTON TRUST, N.A., AS TRUSTEE ATTN: S. GOFFINET 15950 N. DALLAS PARKWAY, STE 550 DALLAS, TX  75248 | SGOFFINET@WILMINGTONTRUST.COM | 9.25% SENIOR NOTES DUE 2017 | U | | | $249,452,000 |
| 4 | WILMINGTON TRUST, N.A., AS TRUSTEE ATTN: S. GOFFINET 15950 N. DALLAS PARKWAY, STE 550 DALLAS, TX  75248 | SGOFFINET@WILMINGTONTRUST.COM | 7.5% SENIOR NOTES DUE 2021 | U | | | $238,071,000 |
| 5 | U.S. BANK, N.A., ATTN: CORPORATE TRUST SERVICES ATTN: CORPORATE TRUST SERVICES 5555 SAN FELIPE STREET, SUITE 1150 HOUSTON, TX  77056 | FAX: 713-235-9213 mauri.cowen@usbank.com | 8.25% SENIOR NOTES DUE 2018 | U | | | $213,677,000 |
| 6 | WILMINGTON TRUST, N.A., AS TRUSTEE ATTN: S. GOFFINET 15950 N. DALLAS PARKWAY, STE 550 DALLAS, TX  75248 | SGOFFINET@WILMINGTONTRUST.COM | 6.875% SENIOR NOTES DUE 2024 | U | | | $143,993,000 |

Debtor:  ENERGY XXI LTD, et al.

Case Number  (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7   WILMINGTON TRUST, N.A., AS TRUSTEE ATTN: S. GOFFINET 15950 N. DALLAS PARKWAY, STE 550 DALLAS, TX  75248 | SGOFFINET@WILMINGTONTRUST.COM | 7.75% SENIOR NOTES DUE 2019 | U | | | $101,077,000 |
| 8   FAB CON INC ATTN: BOBBY GILES 1710 YOUNGS ROAD MORGAN CITY, LA  70380 | PHONE: 504-382-6397 BOBBYWGILES@MINDSPRING.COM | TRADE DEBT | | | | $1,047,142.51 |
| 9   UNITED FIRE & SAFETY LLC 216 MILLSTONE RD BROUSSARD, LA  70518 | PHONE: 337-837-8060 FAX: 337-837-8063 | TRADE DEBT | | | | $707,773.87 |
| 10   AXIP ENERGY SERVICES LP ATTN: PETE LANE, CEO 1301 MCKINNEY ST #900 HOUSTON, TX  77010 | PHONE: 832-294-6500 KOTTO@AXIP.COM | TRADE DEBT | | | | $634,430.58 |
| 11   C & D PRODUCTION SPECIALIST CO INC ATTN: TROY BOZEMAN 4683 WEST PARK AVENUE HOUMA, LA  70364 | PHONE: 337-364-0663 FAX: 985-693-8156 TROY.BOZEMAN@CDWIRELINE.NET | TRADE DEBT | | | | $613,902.23 |
| 12   RIVER RENTAL TOOL INC 109 DERRICK RD BELLE CHASSE, LA  70037 | PHONE: 504-392-9775 FAX: 337-394-7072 RDIGGS@RRTMAX.COM | TRADE DEBT | | | | $488,149.40 |
| 13   COASTAL DRILLING COMPANY LLC 311 SARATOGA BOULEVARD CORPUS CHRISTI,, TX  78417 | FAX:  361-852-667 | TRADE DEBT | | | | $434,583.38 |
| 14   FLOW CHEM TECHNOLOGIES LLC ATTN: KENNETH MARKS 289 CUTLASS LOOP RAYNE, LA  70578 | PHONE: 337-228-1258 KMARKS@FLOWCHEM.NET | TRADE DEBT | | | | $434,186.11 |
| 15   ABE'S BOAT RENTALS INC ATTN: JAMIE DELAHOUSSAYE 9087 LA-23 BELLE CHASSE, LA  70037 | PHONE: 504-398-3637 ABESBOATRENTALS@BELLSOUTH.NET | TRADE DEBT | | | | $397,699.92 |
| 16   EXPEDITORS & PRODUCTION SERV ATTN: J. DESOMEAUX 151 SOUTHPARK RD #500 LAFAYETTE, LA  70508 | PHONE: 337-839-2735 JDESOMEAUX@EPSTEAM.COM | TRADE DEBT | | | | $366,831.01 |

Debtor:  ENERGY XXI LTD, et al.

Case Number  (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | QUAIL TOOLS LP ATTN: KEITH WHITE 3713 HWY 14 NEW IBERIA, LA  70560 | PHONE: 337-365-8154 FAX: 337-365-9997 KEITHWHITE@QUAILTOOLS.COM | TRADE DEBT | | | | $366,507.19 |
| 18 | NOV BRANDT 4310 N. SAM HOUSTON PKWY. E HOUSTON, TX  77032 | PHONE: 713-482-0500 BRANDT@NOV.COM | TRADE DEBT | | | | $362,297.00 |
| 19 | B & J MARTIN INC ATTN: MATTHEW MARTIN 18104 WEST MAIN STREET GALLIANO, LA  70354 | PHONE: 985-632-2727 MATTJMARTIN@COX.NET; APRIL@BJMARTININC.COM | TRADE DEBT | | | | $351,627.46 |
| 20 | DYNAMIC PRODUCTION SERVICES INC ATTN: JOYANN FEUGAS 701 ROBLEY DR # 220 LAFAYETTE, LA  70503 | PHONE: 337-981-9484 JOYANN@DY-PRO.COM | TRADE DEBT | | | | $344,733.84 |
| 21 | PELSTAR LLC ATTN: DIRK DAILEY 10145 BEEKMAN PLACE DR HOUSTON, TX  77043-4313 | PHONE: 337-856-7000 DIRK@PELSTARUSA.COM | TRADE DEBT | | | | $324,806.29 |
| 22 | EXPRO AMERICAS LLC - OFFSHORE ATTN: ERIC NELSON 738 HIGHWAY 6 SOUTH HOUSTON, TX  77079 | PHONE: 281-597-9010 ERIC.NELSON@EXPROGROUP.COM | TRADE DEBT | | | | $313,345.85 |
| 23 | BAKER HUGHES BUSINESS SUPPORT 2929 ALLEN PARKWAY, SUITE 2100 HOUSTON, TX  77019-2118 | PHONE: 713-625-4200 APSERVICES@BAKERHUGHES.COM; Ron.Davis@bakerhughes.com | TRADE DEBT | | | | $310,483.46 |
| 24 | ALL COAST LLC ATTN: BYRON ALLEMAND 151 SOUTHPARK RD, 3RD FLOOR LAFAYETTE, LA  70508 | PHONE: 337-560-8041 BALLEMAND@ALLCOASTLLC.COM | TRADE DEBT | | | | $283,616.66 |
| 25 | PETROLEUM SOLUTIONS INTERNATIONAL LLC ATTN: RICHARD ANGELLE 401 AUDUBON BOULEVARD 39B-103 LAFAYETTE, LA  70503 | PHONE: 337-232-6252 RANGELLE1@BELLSOUTH.NET | TRADE DEBT | | | | $281,711.00 |
| 26 | ADRIATIC MARINE LLC ATTN: KEVIN GONZALES; BARRETT J. GRABERT 201 RACELAND ST RACELAND, LA  70394 | PHONE: 985-537-9330 BARRETT@ADRIATICMARINELLC.COM | TRADE DEBT | | | | $278,760.41 |

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims**

Debtor: ENERGY XXI LTD, et al.

Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27 | ARCHROCK SERVICES LP ATTN: DANIEL VAN PRAAG 16666 NORTHCHASE DR HOUSTON, TX  77060 | PHONE: 281-836-7000 DANIEL.VANPRAAG@EXTERRAN.COM | TRADE DEBT | | | | $251,925.96 |
| 28 | ACADIANA VALVE SERVICES & SUPPLY LLC ATTN: NICK DUHON 3670 UNDERWOOD LAPORTE, TX  77571 | PHONE: 337-893-5202 NICKD@AVSANDS.NET | TRADE DEBT | | | | $249,685.51 |
| 29 | PARKWAY SERVICES GROUP LLC ATTN: STEVE HEBERT 251 INDUSTRIAL PKWY. LAFAYETTE, LA  70508 | PHONE: 337-233-7232 FAX: 337-235-6051 STEVE@PARKWAYMS.COM | TRADE DEBT | | | | $241,835.94 |
| 30 | WOOD GROUP PSN INC ATTN: KRISTIN SCHEEL 17000 KATY FREEWAY STE 150 HOUSTON, TX  77094 | PHONE: 281-828-6000 KRISTIN.SCHEEL@WOODGROUP.COM | TRADE DEBT | U | | | UNDETERMINED |
| 31 | FREEPORT-MCMORAN OIL & GAS LLC ATTN: TREASURY DEPARTMENT 700 MILAM STREET, SUITE 3100 HOUSTON, TX  77002-2815 | PHONE: 713-579-6000 FAX: 713-579-6611 | TRADE DEBT | U | | | UNDETERMINED |
| 32 | FIELDWOOD ENERGY LLC 2000 W SAM HOUSTON PKWY S SUITE 1200 HOUSTON, TX  77042-1246 | PHONE: 713-969-1000 FAX: 713-969-1299 JSMITH@FWELLC.COM | TRADE DEBT | U | | | UNDETERMINED |
| 33 | ROWAN DRILLING CO INC 2800 POST OAK BLVD SUITE 5450 HOUSTON, TX  77056-6127 | PHONE: 713-621-7800 FAX: 713-960-7678 MATT.KELLER@ROWANCOMPANIES.COM | TRADE DEBT | U | | | UNDETERMINED |
| 34 | SHAMROCK MANAGEMENT LLC ATTN: GREG CRANE 111 VENTURE BLVD HOUMA, LA  70360 | PHONE: 985-868-1056 GCRANE@SHAMROCKMANAGEMENTLLC.COM | TRADE DEBT | U | | | UNDETERMINED |
| 35 | GRAND ISLE CORRIDOR LP 1100 WALNUT STREET, SUITE 3350 KANSAS CITY, MO  64106 | PHONE: 816-875-3705 FAX: 816-875-3705 | TRADE DEBT | U | | | UNDETERMINED |
| 36 | NABORS OFFSHORE CORPORATION SECOND FLOOR 4 PAR-LA-VILLE ROAD HAMILTON  HM 08  BERMUDA | PHONE: 441-292-1510 FAX: 441-292-1334 | TRADE DEBT | U | | | UNDETERMINED |

Debtor:  ENERGY XXI LTD, et al.

Case Number  (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 37  PHI INC<br>ATTN: TOMMY BEGNAUD<br>2001 SE EVANGELINE TRWY<br>LAFAYETTE, LA  70508-2156 | PHONE: 800-235-2452<br>FAX: 337-232-6537<br>TBEGNAUD@PHIHELICO.COM | TRADE DEBT | U | | | UNDETERMINED |
| 38  SIRIUS TECHNOLOGIES LLC<br>ATTN: PETER VIDRINE<br>101 N 6TH ST<br>EUNICE, LA  70535 | PHONE: 337-654-6477<br>PETER@SIRIUSCONTROLS.NET | TRADE DEBT | U | | | UNDETERMINED |
| 39  C & G BOATS INC<br>ATTN: JOEY ARECENEAUX<br>P.O. BOX 789<br>GOLDEN MEADOW, LA  70357 | PHONE: 504-689-2013<br>JAMIE@CGBOATS.COM | TRADE DEBT | U | | | UNDETERMINED |
| 40  WHITNEY OIL & GAS LLC<br>400 POYDRAS ST., SUITE 1440<br>NEW ORLEANS, LA  70130 | PHONE: 504-218-2929<br>SLEDET@WHITNEYOILANDGASLLC.COM | TRADE DEBT | U | | | UNDETERMINED |
| 41  W & T OFFSHORE INC<br>NINE EAST GREENWAY PLAZA, SUITE 300<br>HOUSTON, TX  77046 | PHONE: 713-626-8525<br>FAX: 713-626-8527 | TRADE DEBT | U | | | UNDETERMINED |
| 42  MCMORAN OIL & GAS LLC<br>1615 POYDRAS STREET<br>NEW ORLEANS, LA  70112 | PHONE: 504-582-4000<br>FAX: 504-582-4155 | TRADE DEBT | U | | | UNDETERMINED |
| 43  ISLAND OPERATING COMPANY INC<br>ATTN: GREGG FALGOUT<br>770 S. POST OAK LANE<br>SUITE 400<br>HOUSTON, TX  77056 | PHONE: 337-233-9594<br>GFALGOUT@ISLANDOPERATING.COM | TRADE DEBT | U | | | UNDETERMINED |
| 44  GAUBERT OIL COMPANY INC<br>ATTN: ALLISON LEDET<br>10 RIENZI DRIVE<br>THIBODAUX, LA  70301 | PHONE: 985-447-3811<br>ALLISON@GAUBERTOIL.COM | TRADE DEBT | U | | | UNDETERMINED |
| 45  DULAN LLC<br>ATTN: JIM BLOHM<br>103 RUE BASTILLE<br>LAFAYETTE, LA  70508 | PHONE: 713-231-9021<br>JBLOHM@DUPRE.COM | TRADE DEBT | U | | | UNDETERMINED |
| 46  CHURCH POINT WHOLESALE<br>9684 CHURCH POINT HW<br>CHURCH POINT, LA  70525 | FAX: 337-684-3650 | TRADE DEBT | U | | | UNDETERMINED |

Debtor:  ENERGY XXI LTD, et al.

Case Number  (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 47  EXTERRAN ENERGY SOLUTIONS LP ATTN: DANIEL VAN PRAAG 4444 BRITTMOORE ROAD HOUSTON, TX  77041 | PHONE: 281-836-7000 DANIEL.VANPRAAG@EXTERRAN. COM | TRADE DEBT | U | | | UNDETERMINED |
| 48  SPARROWS OFFSHORE LLC ATTN: SEAN RYAN 10235 WEST LITTLE YORK ROAD HOUSTON, TX  77040-3229 | PHONE: 713-896-5105 SEAN.RYAN@SPARROWSGROUP .COM | TRADE DEBT | U | | | UNDETERMINED |
| 49  BISSO MARINE COMPANY INC ATTN: ROY BUCHLER 11311 NEESHAW DRIVE HOUSTON, TX  77065 | PHONE: 504-866-6341 ROYBUCHLER@BISSOMARINE.C OM | TRADE DEBT | U | | | UNDETERMINED |
| 50  BLACK ELK ENERGY OFFSHORE OPERATIONS LLC 3100 S. GESSNER RD STE 215 HOUSTON, TX  77063-3744 | PHONE: 832.973-4230 FAX: 832-973-4229 | TRADE DEBT | U | | | UNDETERMINED |

**Fill in this information to identify the case:**

Debtor name   **Energy XXI Gulf Coast, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 14, 2016**          *X* **/s/ Antonio de Pinho**
_____          _____
                                 Signature of individual signing on behalf of debtor

                                 **Antonio de Pinho**
                                 _____
                                 Printed name

                                 **President**
                                 _____
                                 Position or relationship to debtor

# United States Bankruptcy Court
## Southern District of Texas

In re    **Energy XXI Gulf Coast, Inc.**

_____
Debtor(s)

Case No.    _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Energy XXI USA, Inc.**<br>**1021 Main Street, Suite 2626**<br>**Houston, TX 77002** | | | **100% of equity interests** |

Sheet 1 of 1 in List of Equity Security Holders

**Fill in this information to identify the case:**

Debtor name    __Energy XXI Gulf Coast, Inc.__

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    _____

○ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ○ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ○ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ○ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ○ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ○ *Schedule H: Codebtors* (Official Form 206H)
- ○ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ○ Amended *Schedule* _____
- ○ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
-  Other document that requires a declaration    __List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 14, 2016__    X __/s/ Antonio de Pinho__
Signature of individual signing on behalf of debtor

__Antonio de Pinho__
Printed name

__President__
Position or relationship to debtor

# United States Bankruptcy Court
## Southern District of Texas

In re **Energy XXI Gulf Coast, Inc.**       Case No.

           Debtor(s)     Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULES 1007 (a)(1) and 7007.1)

Pursuant to Federal Rules of Bankruptcy Procedure 1007 (a)(1) and 7007.1,  the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests:

**Energy XXI USA, Inc.**
**1021 Main Street, Suite 2626**
**Houston, TX 77002**

☐ None [*Check if applicable*]

**Fill in this information to identify the case:**

Debtor name     **Energy XXI Gulf Coast, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF TEXAS

Case number (if known)

○  Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

○    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
○    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
○    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
○    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
○    *Schedule H: Codebtors* (Official Form 206H)
○    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
○    Amended *Schedule*
○    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
    Other document that requires a declaration     **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 14, 2016**          X **/s/ Antonio de Pinho**
                                             Signature of individual signing on behalf of debtor

                                             **Antonio de Pinho**
                                             Printed name

                                             **President**
                                             Position or relationship to debtor